**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant,
NADEM ALGAZZALI

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>NADEM ALGAZZALI, et al.<br><br>            Defendant. | Case No.: CR-F-04-5209 AWI<br><br>**EX PARTE APPLICATION EXCUSING DEFENDANT'S APPEARANCE**<br><br>**AND**<br><br>**ORDER** |

**TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

Defendant, NADEM ALGAZZALI, by and through his attorney MARK W. COLEMAN, NUTTALL & COLEMAN, hereby applies to this court for an Order Excusing his appearance at the Motions Hearing on Monday, June 13, 2005, at 9:00 a.m.

Defendant, NADEM ALGAZALI, has spoken with Dan Stark, the Pretrial Services Officer in charge of Mr. ALGAZZALI, and he has no objection to such an order.  Further, Defendant has spoken with Laurel Montoya, Assistant U.S. Attorney, who also has no objection to such an Order.

///

///

It is hereby requested that NADEM ALGAZZALI's appearance at the Motions Hearing on June 13, 2005, at 9:00 a.m., be excused.

DATED: June 9, 2005.

Respectfully submitted,

NUTTALL & COLEMAN

/s/ MARK W. COLEMAN

MARK W. COLEMAN
Attorney for Defendant,
NADEM ALGAZZALI

**********

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, NADEM ALGAZZALI, is hereby excused from appearing at the Motions Hearing currently scheduled for June 13, 2005, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   June 10, 2005**             **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE