1  **MARK W. COLEMAN #117306**
   **NUTTALL & COLEMAN**
2  2333 MERCED STREET
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR  Defendant,
              NADEM ALGAZZALI
6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| UNITED STATES OF AMERICA, | Case No.: CR-F-04-5209 AWI |
|---|---|
| Plaintiff, | **WAIVER OF APPEARANCE** |
| vs. | **AND** |
| NADEM ALGAZZALI, et al. | **ORDER** |
| Defendant. | |

16 **TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S**
17    **OFFICE and/or ITS REPRESENTATIVES:**

18    Defendant, NADEM ALGAZZALI, by and through his attorney MARK
19 W. COLEMAN, NUTTALL & COLEMAN, hereby applies to this court for an
20 Order Waiving his appearance at the Motions Hearing currently set
21 for Monday, July 11, 2005, at 9:00 a.m.
22    It is very difficult for defendant to make the trip from San
23 Francisco to Fresno because of financial reasons.  Mr. ALGAZZALI
24 has been in continued contact with his attorney, and gives his
25 attorney full power to act on his behalf.  The matter of the Motion
26 hearing has been discussed.  Mr. ALGAZZALI is satisfied that all
27 relative matters have been adequately discussed.
28 ///

It is hereby requested that NADEM ALGAZZALI's appearance at the Motions Hearing on July 11, 2005, at 9:00 a.m., be excused.

DATED: June 28, 2005.

                              Respectfully submitted,

                              NUTTALL & COLEMAN

                              /s/ MARK W. COLEMAN

                              _____
                              MARK W. COLEMAN
                              Attorney for Defendant,
                              NADEM ALGAZZALI

                        **********

### ORDER

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, NADEM ALGAZZALI, is hereby excused from appearing at the Motions Hearing currently scheduled for July 11, 2005, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   June 29, 2005**               **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE