# United States District Court
## EASTERN DISTRICT OF CALIFORNIA
## FILED

2005 AUG 10 P 2: 56

CLERK, US DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
            DEPUTY

United States of America
vs.
Nadem Abdo Algazzali

Case No. 1:04-CR-05209 AWI

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Nadem Abdo Algazzali__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

Vacate the following condition: The defendant shall participate in the following home confinement program components and abide by all the requirements of the program which will include passive GPS tracking. **HOME DETENTION:** You are restricted to your residence at all times except for employment; attorney visits; court appearances, and court-ordered obligations as approved in advance by the Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consnt to this modification of my release conditions and agree to abide by this modification.; education;

_____  7/25/05          _____  7-27-2005
Signature of Defendant    Date             Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                       8 Aug 2005
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                       7/27/05
Signature of Defense Counsel                Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __8/10/05__.
☐ The above modification of conditions of release is *not* ordered.

_____                       8/10/05
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services