1 **MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
NADEM ALGAZZALI

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NADEM ALGAZZALI, et al.<br><br>　　　　　Defendant. | Case No.: CR-F-04-5209 AWI<br><br>**WAIVER OF APPEARANCE**<br><br>**AND**<br><br>**ORDER** |

**TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

Defendant, NADEM ALGAZZALI, by and through his attorney MARK W. COLEMAN, NUTTALL & COLEMAN, hereby applies to this court for an Order Waiving his appearance at the Status Conference currently set for Monday, August 29, 2005, at 9:00 a.m.

It is very difficult for defendant to make the trip from San Francisco to Fresno because of financial reasons. Mr. ALGAZZALI has been in continued contact with his attorney, and gives his attorney full power to act on his behalf. The matter of the Status Conference has been discussed. Mr. ALGAZZALI is satisfied that all relative matters have been adequately discussed.

///

1    It is hereby requested that NADEM ALGAZZALI's appearance at
2 the Status Conference on August 29, 2005, at 9:00 a.m., be excused.
3    DATED: August 17, 2005.

Respectfully submitted,

NUTTALL & COLEMAN

/s/ MARK W. COLEMAN

MARK W. COLEMAN
Attorney for Defendant,
NADEM ALGAZZALI

### **ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, NADEM ALGAZZALI, is hereby excused from appearing at the Status Conference currently scheduled for August 29, 2005, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   August 17, 2005**                   **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE