1     **MARK W. COLEMAN #117306**
      **NUTTALL & COLEMAN**

2         2333 MERCED STREET
        FRESNO, CA 93721

3       PHONE (559) 233-2900
        FAX (559) 485-3852

4

5   ATTORNEYS FOR  Defendant,
           NADEM ALGAZZALI

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,      Case No.: CR-F-04-5209 AWI

12             Plaintiff,       **WAIVER OF APPEARANCE**

13     vs.                 **AND**

14 NADEM ALGAZZALI, et al.         **ORDER**

            Defendant.

15

16 **TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S**

17      **OFFICE and/or ITS REPRESENTATIVES:**

18     Defendant, NADEM ALGAZZALI, by and through his attorney MARK

19 W. COLEMAN, NUTTALL & COLEMAN, hereby applies to this court for an

20 Order Waiving his appearance at the Status Conference currently set

21 for Monday, November 21, 2005, at 9:00 a.m.

22     It is very difficult for defendant to make the trip from San

23 Francisco to Fresno because of financial reasons.  Mr. ALGAZZALI

24 has been in continued contact with his attorney, and gives his

25 attorney full power to act on his behalf.  The matter of the Status

26 Conference has been discussed.  Mr. ALGAZZALI is satisfied that all

27 relative matters have been adequately discussed.

28 ///

1    It is hereby requested that NADEM ALGAZZALI's appearance at

2 the Status Conference on November 21, 2005, at 9:00 a.m., be

3 excused.

4    DATED: October 25, 2005.

5                              Respectfully submitted,

6                              NUTTALL & COLEMAN

7                              /s/ MARK W. COLEMAN

8                              _____

9                              MARK W. COLEMAN
                               Attorney for Defendant,
                               NADEM ALGAZZALI

10

11                       **\*\*\*\*\*\*\*\*\*\***

12
                               **ORDER**
13

14    Good cause appearing,

15    **IT IS HEREBY ORDERED** that Defendant, NADEM ALGAZZALI,

16 is hereby excused from appearing at the Status Conference currently

17 scheduled for November 21, 2005, at 9:00 a.m.

18
IT IS SO ORDERED.
19
**Dated:   October 26, 2005**              **/s/ Anthony W. Ishii**
20 0m8i78                         UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28