Page 1 of 3
ORDER AND STIPULATION

**J. David Nick** (SB #157687)

LAW OFFICE OF J. DAVID NICK

99 Osgood Place, Ste B

San Francisco, CA 94133
Tel :(707) 937-1711

Fax:(707) 937-2209

**Attorney for Defendant**

**Nadem Algazzali**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| PEOPLE OF THE STATE OF CALIFORNIA | ) ) | Case No. CR-F-04-5209 AWI |
|---|---|---|
| | ) | **STIPULATION & ORDER** |
| Plaintiffs, | ) | **OF CONTINUANCE OF** |
| | ) | **DEFENDANT'S SURRENDER DATE** |
| v. | ) | |
| | ) | |
| NADEM ALGAZZALI | ) ) ) | |
| Defendant. | ) | |

STIPULATION

The United States, through US Attorney Lauren Montoya, and defendant NADEM ALGAZZALI hereby stipulate to continue defendant's surrender date, due to immediate Medical/Dental needs of the defendant.

It is hereby stipulated by United States, through US Attorney Lauren Montoya, and Defendant, NADEM ALGAZZALI, through defense counsel, that the January 10, 2008, surrender date shall be hereby vacated and a new date for defendant to surrender himself shall be set to January 24, 2008.

Respectfully submitted,

Dated:  January 4, 2008

-------------------/S/-------------------

J. David Nick

Attorney for Defendant

Nadem Algazzali


Dated:  January 4, 2007



----------------/S/-----------------------

Laurel.J.Montoya

Assistant United States Attorney

<u>ORDER</u>

Satisfactory proof having been made and good cause appearing,

IT IS ORDERED THAT:  The surrender date of defendant, Nadem Algazzali, is continued from January 10, 2008, to January 24, 2008.

IT IS SO ORDERED.

**Dated:   January 7, 2008**               /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE