ORDER AND STIPULATION

**J. David Nick** (SB #157687)

LAW OFFICE OF J. DAVID NICK

99 Osgood Place, Ste B
San Francisco, CA 94133
Tel :(707) 937-1711

Fax:(707) 937-2209

**Attorney for Defendant**

**Nadem Algazzali**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | | |
|---|---|---|
| THE UNITED STATES | ) | Case No. CR-F-04-5209 AWI |
| | ) | |
| | ) | **STIPULATION & ORDER** |
| Plaintiffs, | ) | **FOR CONTINUANCE OF** |
| | ) | **DEFENDANT'S SURRENDER DATE** |
| v. | ) | |
| | ) | |
| NADEM ALGAZZALI | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION

The United States, through US Attorney Lauren Montoya, and defendant NADEM ALGAZZALI hereby stipulate to continue defendant's surrender date, due to immediate Medical/Dental needs of the defendant.

It is hereby stipulated by United States, through US Attorney Lauren Montoya, and Defendant, NADEM ALGAZZALI, through defense counsel, that the January 24, 2008, surrender date shall be hereby vacated and a new date for defendant to surrender himself shall be set to January 31, 2008.

Respectfully submitted,

Dated: January 22, 2008
-------------------/S/-------------------
J. David Nick
Attorney for Defendant
Nadem Algazzali


Dated: January 22, 2007
----------------/S/----------------------
Laurel. J. Montoya
Assistant United States Attorney

ORDER

Satisfactory proof having been made and good cause appearing,

IT IS ORDERED THAT:

The surrender date of defendant, Nadem Algazzali, is continued from January 24, 2008, to January 31, 2008.

IT IS SO ORDERED.


Dated:   **January 23, 2008**                    /s/ Anthony W. Ishii

UNITED STATES DISTRICT JUDGE