J. David Nick (SB #157687)
LAW OFFICE OF J. DAVID NICK
99 Osgood Place, Ste B
San Francisco, CA 94133
Tel :(707) 937-1711
Fax:(707) 937-2209

**Attorney for Defendant
Nadem Algazzali**

FILED
JAN 3 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| THE UNITED STATES ) | Case No. CR-F-04-5209 AWI |
| ) | |
| ) | **STIPULATION & ORDER** |
| Plaintiffs, ) | **FOR CONTINUANCE OF** |
| ) | **DEFENDANT'S SURRENDER DATE** |
| v. ) | |
| ) | |
| NADEM ALGAZZALI ) | |
| ) | |
| ) | |
| Defendant. ) | |

1

2 <u>STIPULATION</u>

3

4     The United States, through US Attorney Lauren Montoya, and defendant NADEM
5 ALGAZZALI hereby stipulate to continue defendant's surrender date, due to immediate
6 Medical/Dental needs of the defendant.

7     It is hereby stipulated by United States, through US Attorney Lauren Montoya, and
8 Defendant, NADEM ALGAZZALI, through defense counsel, that the January 31, 2008,
9 surrender date shall be hereby vacated and a new date for defendant to surrender himself shall be
10 set to February 7, 2008.

11

12

13 Respectfully submitted,

14 Dated: January 30, 2008

15

16 -------------------/S/-------------------
J. David Nick
17 Attorney for Defendant
Nadem Algazzali

18

19 Dated: January 30, 2007

20

21 ----------------/S/----------------------
Laurel. J. Montoya
22 Assistant United States Attorney

23

24

25

26

Page 2 of 4
ORDER AND STIPULATION

## ORDER

Satisfactory proof having been made and good cause appearing,

IT IS ORDERED THAT:

The surrender date of defendant, Nadem Algazzali, is continued from January 31, 2008, to February 7, 2008.

Dated: 1-31-08

_____
Anthony W. Ishii
UNITED STATES DISTRICT COURT JUDGE