**FILED**
FEB 0 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

J. David Nick (SB #157687)
LAW OFFICE OF J. DAVID NICK
99 Osgood Place, Ste 1
San Francisco, CA 94133
Tel :(415) 552-4444

**Attorney for Defendant
Nadem Algazzali**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| THE UNITED STATES ) | Case No. CR-F-04-5209 AWI |
| ) | |
| ) | **STIPULATION & ORDER** |
| Plaintiffs, ) | **FOR CONTINUENCE OF** |
| ) | **DEFENDANT'S SURRENDER DATE** |
| v. ) | |
| ) | |
| NADEM ALGAZZALI ) | |
| ) | |
| ) | |
| Defendant. ) | |

|   |   |
|---|---|
| 1 | STIPULATION |
| 2 |  |
| 3 | The United States, through US Attorney Lauren Montoya, and defendant NADEM |
| 4 | ALGAZZALI hereby stipulate to continue defendant's surrender date, due to immediate |
| 5 | Medical/Dental needs of the defendant. |
| 6 | It is hereby stipulated by United States, through US Attorney Lauren Montoya, and |
| 7 | Defendant, NADEM ALGAZZALI, through defense counsel, that the February 7, 2008, |
| 8 | surrender date shall be hereby vacated and a new date for defendant to surrender himself shall |
| 9 | be set to February 28, 2008. |
| 10 |  |
| 11 |  |
| 12 | Respectfully submitted, |
| 13 | Dated: February 6, 2008 |
| 14 |  |
| 15 | -------------------/S/------------------<br>J. David Nick |
| 16 | Attorney for Defendant<br>Nadem Algazzali |
| 17 |  |
| 18 | Dated: February 6, 2007 |
| 19 |  |
| 20 | -----------------/S/---------------------<br>Laurel. J. Montoya |
| 21 | Assistant United States Attorney |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |

## ORDER

Satisfactory proof having been made and good cause appearing,

IT IS ORDERED THAT:

The surrender date of defendant, Nadem Algazzali, is continued from February 7, 2008, to February 28, 2008.

Dated: 2-7-08

_____
Anthony W. Ishii
UNITED STATES DISTRICT COURT JUDGE

## DECLARATION OF SERVICE

I, J. David Nick, declare as follows:
I am a resident of the State of California, residing or employed in San Francisco, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 99 Osgood Place, Ste 1, San Francisco, CA 94133.

On February 6, 2008

**STIPULATION & ORDER OF CONTINUENCE OF DEFENDANT'S SURRENDER DATE**

was filed and served upon the following parties via the Court's PACER-ECF electronic filing system.

MCGREGOR W. SCOTT
United States Attorney
LAUREL. J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 6th day of February, 2008, at Mendocino, California.

---------------/s/-------------------
J. David Nick