1 **J. David Nick** (SB #157687)
LAW OFFICE OF J. DAVID NICK
2 99 Osgood Place, Ste 1
San Francisco, CA 94133
3 Tel :(415) 552-4444

**Attorney for Defendant
Nadem Algazzali**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| THE UNITED STATES ) | Case No. CR-F-04-5209 AWI |
| ) | |
| ) | **STIPULATION & ORDER** |
| Plaintiffs, ) | **FOR CONTINUENCE OF** |
| ) | **DEFENDANT'S SURRENDER DATE** |
| v. ) | |
| ) | |
| NADEM ALGAZZALI ) | |
| ) | |
| ) | |
| Defendant. ) | |

STIPULATION

The United States, through US Attorney Lauren Montoya, and defendant NADEM ALGAZZALI hereby stipulate to continue defendant's surrender date, due to immediate Medical/Dental needs of the defendant.

It is hereby stipulated by United States, through US Attorney Lauren Montoya, and Defendant, NADEM ALGAZZALI, through defense counsel, that the February 28, 2008, surrender date shall be hereby vacated and a new date for defendant to surrender himself shall be set to April 30, 2008.

Respectfully submitted,

Dated: February 27, 2008


-------------------/S/-------------------
J. David Nick
Attorney for Defendant
Nadem Algazzali


Dated: February 27, 2007


-----------------/S/-----------------------
Laurel. J. Montoya
Assistant United States Attorney


# ORDER

Satisfactory proof having been made and good cause appearing,

IT IS ORDERED THAT:

The surrender date of defendant, Nadem Algazzali, is continued from February 28, 2008, to April 30, 2008.


IT IS SO ORDERED.


**Dated:   February 29, 2008**                    */s/ Anthony W. Ishii*
                                                  UNITED STATES DISTRICT JUDGE

2