J. David Nick (SB #157687)
LAW OFFICE OF J. DAVID NICK
99 Osgood Place, Ste 1
San Francisco, CA 94133
Tel :(415) 552-4444

**Attorney for Defendant**
**Nadem Algazzali**

FILED

FEB 2 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| THE UNITED STATES ) | Case No. CR-F-04-5209 AWI |
| ) | |
| ) | **STIPULATION & ORDER** |
| Plaintiffs, ) | **FOR CONTINUENCE OF** |
| ) | **DEFENDANT'S SURRENDER DATE** |
| v. ) | |
| ) | |
| NADEM ALGAZZALI   ) | |
| ) | |
| ) | |
| Defendant.   ) | |

STIPULATION

Page 1 of 4
ORDER AND STIPULATION

1  The United States, through US Attorney Lauren Montoya, and defendant NADEM ALGAZZALI
2  hereby stipulate to continue defendant's surrender date, due to immediate Medical/Dental needs of the defendant.
3  It is hereby stipulated by United States, through US Attorney Lauren Montoya, and Defendant,
4  NADEM ALGAZZALI, through defense counsel, that the February 28, 2008, surrender date shall be hereby
5  vacated and a new date for defendant to surrender himself shall be set to April 30, 2008.

8  Respectfully submitted,
9  Dated: February 27, 2008

11  ------------------/S/------------------
    J. David Nick
    Attorney for Defendant
12  Nadem Algazzali

14  Dated: February 27, 2007

16  ----------------/S/----------------------
    Laurel. J. Montoya
    Assistant United States Attorney

23  ORDER

25  Satisfactory proof having been made and good cause appearing,

1  IT IS ORDERED THAT:

2  The surrender date of defendant, Nadem Algazzali, is continued from February 28, 2008, to April 30,

3  2008.

5  Dated: 2.28.08

6  _____
   Anthony W. Ishii
7  UNITED STATES DISTRICT COURT JUDGE

23  **DECLARATION OF SERVICE**

24  I, J. David Nick, declare as follows:
    I am a resident of the State of California, residing or employed in San Francisco, California.
25  I am over the age of 18 years and am not a party to the above-entitled action. My business address is 99 Osgood Place, Ste 1, San Francisco, CA 94133.
26

Page 3 of 4
ORDER AND STIPULATION

On February 27, 2008

**STIPULATION & ORDER OF CONTINUENCE OF DEFENDANT'S SURRENDER DATE**

was filed and served upon the following parties via the Court's PACER-ECF electronic filing system.

MCGREGOR W. SCOTT
United States Attorney
LAUREL. J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 27th day of February, 2008, at Mendocino, California.

----------------/s/-------------------
J. David Nick