1  **J. David Nick** (SB #157687)
   LAW OFFICE OF J. DAVID NICK
2  99 Osgood Place, Ste 1
   San Francisco, CA 94133
3  Tel :(415) 552-4444

4

5  **Attorney for Defendant
   Nadem Algazzali**

6

7

8                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
9
                                * * * * * *
10

11  THE UNITED STATES            )    Case No. CR-F-04-5209 AWI
                                 )
12                               )    **STIPULATION & ORDER**
                  Plaintiffs,    )    **FOR CONTINUENCE OF**
13                               )    **DEFENDANT'S SURRENDER DATE**
    v.                           )
14                               )
    NADEM ALGAZZALI              )
15                               )
                                 )
16                Defendant.     )
17  _____

18

19

20

21

22

23

24

25

26
                                Page 1 of 4
                            ORDER AND STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

## STIPULATION

The United States, through US Attorney Lauren Montoya, and defendant NADEM ALGAZZALI hereby stipulate to continue defendant's surrender date, due to family matters and needs connected to a dying close relative.

It is hereby stipulated by United States, through US Attorney Lauren Montoya, and Defendant, NADEM ALGAZZALI, through defense counsel, that the April 30, 2008, surrender date shall be hereby vacated and a new date for defendant to surrender himself shall be set to May 30, 2008.

Respectfully submitted,

Dated:  April 28, 2008


-------------------/S/-------------------
J. David Nick
Attorney for Defendant
Nadem Algazzali


Dated:  April 28, 2008


----------------/S/----------------------
Laurel. J. Montoya
Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Satisfactory proof having been made and good cause appearing,

IT IS ORDERED THAT:

The surrender date of defendant, Nadem Algazzali, is continued from April 30, 2008, to May 30, 2008.

Dated:  April 28, 2008

__/s/ ANTHONY W. ISHII_____
Anthony W. Ishii
UNITED STATES DISTRICT COURT JUDGE

## DECLARATION OF SERVICE

I, J. David Nick, declare as follows:
I am a resident of the State of California, residing or employed in San Francisco, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 99 Osgood Place, Ste 1, San Francisco, CA 94133.

On April 28, 2008

**STIPULATION & ORDER OF CONTINUENCE OF DEFENDANT'S SURRENDER DATE**

was filed and served upon the following parties via the Court's PACER-ECF electronic filing system.

MCGREGOR W. SCOTT
United States Attorney
LAUREL. J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 28th day of April, 2008, at Mendocino, California.

---------------/s/-------------------
J. David Nick

PDF created with pdfFactory trial version www.pdffactory.com