**J. David Nick** (SB #157687)

LAW OFFICE OF J. DAVID NICK

99 Osgood Place, Ste 1

San Francisco, CA 94133
Tel :(415) 552-4444


**Attorney for Defendant**

**Nadem Algazzali**


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | | |
|---|---|---|
| THE UNITED STATES | ) | Case No. CR-F-04-5209 AWI |
| | ) | |
| | ) | **STIPULATION & ORDER** |
| Plaintiffs, | ) | **FOR CONTINUENCE OF** |
| | ) | **DEFENDANT'S SURRENDER DATE** |
| v. | ) | |
| | ) | |
| NADEM ALGAZZALI | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION

The United States, through US Attorney Lauren Montoya, and defendant NADEM

ALGAZZALI hereby stipulate to continue defendant's surrender date, due to family matters

and needs connected to a dying close relative.

It is hereby stipulated by United States, through US Attorney Lauren Montoya, and

Defendant, NADEM ALGAZZALI, through defense counsel, that the May 30, 2008, surrender

date shall be hereby vacated and a new date for defendant to surrender himself shall be set to

June 12, 2008.

Respectfully submitted,

Dated:  May 29, 2008

------------------/S/-------------------
J. David Nick
Attorney for Defendant
Nadem Algazzali

Dated:  May 29, 2008


----------------/S/----------------------
Laurel. J. Montoya
Assistant United States Attorney

ORDER


Satisfactory proof having been made and good cause appearing,

IT IS ORDERED THAT:

The surrender date of defendant, Nadem Algazzali, is continued from May 30, 2008,

to June 12, 2008.


Dated: 05/29/2008

____/s/Anthony W. Ishii_____
Anthony W. Ishii
UNITED STATES DISTRICT COURT JUDGE