(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
NADEM ALGAZZALI

FILED
MAR 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NADEM ALGAZZALI, et al.<br><br>Defendant. | Case No.:   CR-F-04-5209 AWI<br><br>**REQUEST TO EXONERATE BAIL AND RECONVEY REAL PROPERTY** |

COMES NOW defendant, NADEM ALGAZZALI, by and through counsel, and hereby requests that bail be exonerated in this matter and that real property posted as security for bail be reconveyed.

In support of said request, counsel declares:

I am an attorney licensed to practice in the State of California and before this court. I am the attorney of record for NADEM ALGAZZALI in this matter.

This case resolved by plea agreement and bail is no longer required. The following property was posted as security for bail in the amount of $300,000.00 on August 4, 2004, as Document 2004356382 in the Recorder's Office of the County of Alameda, State of California:

    Owners:    Amani A. Algazzali and Rahban A. Algazzali
    Address:   1210 Estudillo Avenue, San Leandro, CA 94577
    APN:       079-0123-023-01

///
///

1  I declare under penalty of perjury that the foregoing is true and correct, and that this
2  declaration is executed on March 1, 2009, at Fresno, California.

/s/ MARK W. COLEMAN

MARK W. COLEMAN
Attorney for Defendant
NADEM ALGAZZALI


It is so Ordered. Dated: 3-3-09

United States District Judge